Mr. Justice Niehaus delivered the opinion of the court.

---

Maria M. Gump, appellee, v. Illinois Northern Utilities Company, appellant. Gen. No. 6,870.

Action for damages for injuries received in a collision between defendant's street car and a buggy in which plaintiff was riding. Judgment for plaintiff. Appeal from the Circuit Court of Stephenson

county; the Hon. Clinton F. Irwin, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed March 17, 1921.

Robert B. Mitchell, for appellant. Burrell & James, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.